*Shirley C. Boykin, B. F. Boykin,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.

---

### 7740.  DUFFEY *v.* HARRIS, Governor.

BLOODWORTH, J.  This case is practically a counterpart of the case of *Duffey* v. *Harris*, ante, 646, and the ruling in that case controls this.  *Judgment affirmed.  Broyles, P. J., and Jenkins, J., concur.*
DECIDED APRIL 3, 1917.

Forfeiture of recognizance; from city court of Carrollton— Judge Beall.  June 24, 1916. .

*Shirley C. Boykin, B. F. Boykin,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.